# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
### *Abilene Division*



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 1 5 2015

CLERK, U.S. DISTRICT COURT
By _____
 Deputy

MICHAEL ALLEN WELLS
WCL Pure Banking Trust
1071 N. Judge Ely Blvd.
PMB6404 Abilene TX 79601

**Petitioner**

Civil Action No. **1-15CV-205 P**

v.

"Trustees", "Trustee Agents", also known as: **William T. Neary;** Earla Cabell Federal
Building, 1100 Commerce Street, Room 976, Dallas, TX 75242, **Jorge A. Solis,** U.S.
Courthouse, 1100 Commerce St Ste 1452, Dallas, TX 75242-1011; **Sidney A. Fitzwater,**
1100 Commerce Street, Room 1528, Dallas, TX 75242-1003; **Rosa Gumataotao Rios,**
Office of Business Affairs, 1500 Pennsylvania Avenue, NW Room 3111 M.T.,
Washington, D.C. 20220, **John Andrew Koskinen,** 111 Constitution Avenue, NW,
Washington, D.C. 20024, Reave Scott, **(Ben J. Scott),** 118 W Pecan St, Coleman, TX
76834-4146, **Megan J. Brennan,** 475 Lenfant PLZ SW, Washington, DC 20260-0004,
**William K. Harrington,** 5 POST OFFICE SQ STE 1000, Boston, MA 02109-3901,
**Judy A. Robbins,** 1835 Assembly St Ste 953, Columbia, SC 29201-2448, **Henry G.
Hobbs Jr.;** 400 Poydras St Ste 2110, New Orleans, LA 70130-3238, **Sam Crocker;** 200
Jefferson Ave Ste 400, Memphis, TN 38103-2383, **Daniel M. McDermott;** Howard M.
Metzenbaum U.S. Courthouse, 201 Superior Ave E Ste 441, Cleveland, Ohio 44114-
1234, **Nancy J. Gargula;** 101 W Ohio St Ste 1000, Indianapolis, IN 46204-1982,
**Patrick S. Layng;** 219 S Dearborn St Rm 873, Chicago, IL 60604-2027, **Daniel J.
Casamatta;** 400 E 9th St Ste 3440, Kansas City, MO 64106-2625, **Ilebe Lashinsky;** 230
N. 1st Ave Ste 204, Phoenix, AZ 85003-1725, **Tiffany Carroll;** 402 W Broadway Ste
600, San Diego, Ca 92101-8511, **Peter C. Anderson;** 915 Wilshire Blvd Ste 1850, Los
Angeles, Ca 90017-3560, **Tracy Hope Davis;** 235 Pine St Ste 700, San Francisco, Ca
94104-2736, **Gail B. Geiger;** 700 Stewart St Ste 5103, Seattle, WA 98101-4438, **Samuel
K. Crocker;** 301 N Main St Ste 1150, Wichita, KS 67202-4811, **Guy G. Gebhardt;** 75
Ted Turner Dr SW Ste 362, Atlanta, Ga 30303-3330, **Tom Corbett;** Robert S. Vance
Federal Building; Suite 300, 1800 5th Ave N Ste 300, Birmingham, AL 35203-2111,
**Teresa R. Jacobs;** Frank M. Johnson, Jr. Federal Courthouse, 1 Church St, Montgomery,
AL 36104-4018, **Mark S. Zimlich;** 182 Saint Francis St Ste 100, Mobile, AL 36602-
3500, **Marjorie K. Lynch;** 434 Fayetteville St Ste 640, Raleigh, NC 27601-1888,
**William P. Miller;** 101 S Edgeworth St, Greensboro, NC  27401-6024, **Linda W.
Simpson;** 402 W Trade St Ste 200, Charlotte, NC 28202-1673, Ralph Lee Abraham, 417
Cannon House Office Building, Washington DC 20515-1805; Alma S. Adams, 222
Cannon House Office Building, Washington DC 20515-3312; Robert B. Aderholt, 235
Cannon House Office Building, Washington DC 20515-0104; Pete Aguilar, 1223
Longworth House Office Building, Washington DC 20515-0531; Rick W. Allen, 513
Cannon House Office Building, Washington DC 20515-1012; Justin Amash, 114 Cannon

1

House Office Building, Washington DC 20515-2203; Mark E. Amodei, 332 Cannon House Office Building, Washington DC 20515-2802; Brad Ashford, 107 Cannon House Office Building, Washington DC 20515-2702; Brian Babin, 316 Cannon House Office Building, Washington DC 20515-4336; Lou Barletta, 115 Cannon House Office Building, Washington DC 20515-3811; Andy Barr, 1432 Longworth House Office Building, Washington DC 20515-1706; Joe Barton, 2107 Rayburn House Office Building, Washington DC 20515-4306; Karen Bass, 408 Cannon House Office Building, Washington DC 20515-0537; Joyce Beatty, 133 Cannon House Office Building, Washington DC 20515-3503; Xavier Becerra, 1226 Longworth House Office Building, Washington DC 20515-0534; Dan Benishek, 514 Cannon House Office Building, Washington DC 20515-2201; Ami Bera, 1535 Longworth House Office Building, Washington DC 20515-0507; Donald S. Beyer Jr., 431 Cannon House Office Building, Washington     DC 20515-4608; Gus M. Bilirakis, 2112 Rayburn House Office Building, Washington DC 20515-0912; Mike Bishop, 428 Cannon House Office Building, Washington DC 20515-2208; Rob Bishop, 123 Cannon House Office Building, Washington DC 20515-4401; Sanford D. Bishop Jr., 2407 Rayburn House Office Building, Washington DC 20515-1002; Diane Black, 1131 Longworth House Office Building, Washington DC 20515-4206; Marsha Blackburn, 2266 Rayburn House Office Building Washington DC 20515-4207; Rod Blum, 213 Cannon House Office Building, Washington DC 20515-1501; Earl Blumenauer, 1111 Longworth House Office Building, Washington DC 20515-3703; John A. Boehner, 1011 Longworth House Office Building, Washington DC 20515-3508; Suzanne Bonamici, 439 Cannon House Office Building, Washington DC 20515-3701; Madeleine Z. Bordallo, 2441 Rayburn House Office Building, Washington DC 20515-5301; Mike Bost, 1440 Longworth House Office Building, Washington DC 20515-1312; Charles W. Boustany Jr., 1431 Longworth House Office Building, Washington DC 20515-1803; Brendan F. Boyle, 118 Cannon House Office Building, Washington DC 20515-3813; Kevin Brady; 301 Cannon House Office Building, Washington DC 20515-4308; Robert A. Brady, 102 Cannon House Office Building, Washington DC 20515-3801; Dave Brat, 330 Cannon House Office Building, Washington DC 20515-4607; Jim Bridenstine, 216 Cannon House Office Building, Washington DC 20515-3601; Mo Brooks, 1230 Longworth House Office Building, Washington DC 20515-0105; Susan W. Brooks, 1505 Longworth House Office Building, Washington DC 20515-1405; Corrine Brown, 2111 Rayburn House Office Building, Washington DC 20515-0905; Julia Brownley, 1019 Longworth House Office Building, Washington DC 20515-0526; Vern Buchanan, 2104 Rayburn House Office Building, Washington DC 20515-0916; Ken Buck, 416 Cannon House Office Building, Washington DC 20515-0604; Larry Bucshon, 1005 Longworth House Office Building, Washington DC 20515-1408; Michael C. Burgess, 2336 Rayburn House Office Building, Washington DC 20515-4326; Cheri Bustos, 1009 Longworth House Office Building, Washington DC 20515-1317; G. K. Butterfield, 2305 Rayburn House Office Building, Washington DC 20515-3301; Bradley Byrne, 119 Cannon House Office Building, Washington DC 20515-0101; Ken Calvert, 2205 Rayburn House Office Building, Washington DC 20515-0542, Lois Capps, 2231 Rayburn House Office Building, Washington DC 20515-0524, Michael E. Capuano, 1414 Longworth House Office Building, Washington DC 20515-2107; Tony Cárdenas, 1510 Longworth House Office Building, Washington DC 20515-0529; John C. Carney Jr., 1406 Longworth House Office Building, Washington DC 20515-0800; André

Carson, 2453 Rayburn House Office Building, Washington DC 20515-1407; Earl "L.
Carter, 432 Cannon House Office Building, Washington DC 20515-1001; John R. Carter,
2110 Rayburn House Office Building, Washington DC 20515-4331; Matt Cartwright,
1419 Longworth House Office Building, Washington DC 20515-3817; Kathy Castor, 205
Cannon House Office Building, Washington DC 20515-0914; Joaquin Castro, 212
Cannon House Office Building, Washington DC 20515-4320; Steve Chabot, 2371
Rayburn House Office Building, Washington DC 20515-3501; Jason Chaffetz, 2236
Rayburn House Office Building, Washington DC 20515-4403; Judy Chu, 2423 Rayburn
House Office Building, Washington DC 20515-0527; David N. Cicilline, 2244 Rayburn
House Office Building, Washington DC 20515-3901, Katherine M. Clark, 1721
Longworth House Office Building, Washington DC 20515-2105, Yvette D. Clarke, 2351
Rayburn House Office Building, Washington DC 20515-3209; Curt Clawson, 228
Cannon House Office Building, Washington DC 20515-0919; Wm. Lacy Clay, 2428
Rayburn House Office Building, Washington DC 20515-2501; Emanuel Cleaver, 2335
Rayburn House Office Building, Washington DC 20515-2505, James E. Clyburn, 242
Cannon House Office Building, Washington DC 20515-4006; Mike Coffman, 2443
Rayburn House Office Building, Washington DC 20515-0606; Steve Cohen, 2404
Rayburn House Office Building, Washington DC 20515-4209; Tom Cole, 2467 Rayburn
House Office Building, Washington DC 20515-3604; Chris Collins, 1117 Longworth
House Office Building, Washington DC 20515-3227; Doug Collins, 1504 Longworth
House Office Building, Washington DC 20515-1009; Barbara Comstock, 226 Cannon
House Office Building, Washington DC 20515-4610; K. Michael Conaway, 2430
Rayburn House Office Building, Washington DC 20515-4311; Gerald E. Connolly, 2238
Rayburn House Office Building, Washington DC 20515-4611; John Conyers Jr., 2426
Rayburn House Office Building, Washington DC 20515-2213; Paul Cook, 1222
Longworth House Office Building, Washington DC 20515-0508; Jim Cooper, 1536
Longworth House Office Building, Washington DC 20515-4205; Jim Costa, 1314
Longworth House Office Building, Washington DC 20515-0516; Ryan A. Costello, 427
Cannon House Office Building, Washington DC 20515-3806; Joe Courtney, 2348
Rayburn House Office Building, Washington DC 20515-0702; Kevin Cramer, 1032
Longworth House Office Building, Washington DC 20515-3400; Eric A. Crawford, 1711
Longworth House Office Building, Washington DC 20515-0401; Ander Crenshaw, 2161
Rayburn House Office Building, Washington DC 20515-0904; Joseph Crowley, 1436
Longworth House Office Building, Washington DC 20515-3214; Henry Cuellar, 2209
Rayburn House Office Building, Washington DC 20515-4328; John Abney Culberson,
2372 Rayburn House Office Building, Washington DC 20515-4307; Elijah E. Cummings,
2230 Rayburn House Office Building, Washington DC 20515-2007; Carlos Curbelo,
1429 Longworth House Office Building, Washington DC 20515-0926; Danny K. Davis,
2159 Rayburn House Office Building, Washington DC 20515-1307; Rodney Davis, 1740
Longworth House Office Building, Washington DC 20515-1313; Susan A. Davis, 1214
Longworth House Office Building, Washington DC 20515-0553; Peter A. DeFazio, 2134
Rayburn House Office Building, Washington DC 20515-3704; Diana DeGette, 2368
Rayburn House Office Building, Washington DC 20515-0601; John K. Delaney, 1632
Longworth House Office Building, Washington DC 20515-2006; Rosa L. DeLauro, 2413
Rayburn House Office Building, Washington DC 20515-0703; Suzan K. DelBene, 318
Cannon House Office Building, Washington DC 20515-4701; Jeff Denham, 1730

Longworth House Office Building, Washington DC 20515-0510; Charles W. Dent, 2211 Rayburn House Office Building, Washington DC 20515-3815, Ron DeSantis, 308 Cannon House Office Building, Washington DC 20515-0906; Mark DeSaulnier, 327 Cannon House Office Building, Washington DC 20515-0511; Scott DesJarlais, 413 Cannon House Office Building, Washington DC 20515-4204; Theodore E. Deutch, 2447 Rayburn House Office Building, Washington DC 20515-0921; Mario Diaz-Balart, 440 Cannon House Office Building, Washington DC 20515-0925; Debbie Dingell, 116 Cannon House Office Building, Washington DC 20515-2212; Lloyd Doggett, 2307 Rayburn House Office Building, Washington DC 20515-4335; Robert J. Dold, 221 Cannon House Office Building, Washington DC 20515-1310; Daniel M. Donovan Jr., 1725 Longworth House Office Building, Washington DC 20515-3211; Michael F. Doyle, 239 Cannon House Office Building, Washington DC 20515-3814; Tammy Duckworth, 104 Cannon House Office Building, Washington DC 20515-1308; Sean P. Duffy, 1208 Longworth House Office Building, Washington DC 20515-4907; Jeff Duncan, 106 Cannon House Office Building, Washington DC 20515-4003; John J. Duncan Jr., 2207 Rayburn House Office Building, Washington DC 20515-4202; Donna F. Edwards, 2445 Rayburn House Office Building, Washington DC 20515-2004; Keith Ellison, 2263 Rayburn House Office Building, Washington DC 20515-2305; Renee L. Ellmers, 1210 Longworth House Office Building, Washington DC 20515-3302; Tom Emmer; 503 Cannon House Office Building, Washington DC 20515-2306; Anna G. Eshoo, 241 Cannon House Office Building, Washington DC 20515-0518; Elizabeth H. Esty, 405 Cannon House Office Building, Washington DC 20515-0705; Blake Farenthold, 1027 Longworth House Office Building, Washington DC 20515-4327; Sam Farr, 1126 Longworth House Office Building, Washington DC 20515-0520; Chaka Fattah, 2301 Rayburn House Office Building, Washington DC 20515-3802; Stephen Lee Fincher, 2452 Rayburn House Office Building, Washington DC 20515-4208; Michael G. Fitzpatrick, 2400 Rayburn House Office Building, Washington DC 20515-3808; Charles J. Fleischmann, 230 Cannon House Office Building, Washington DC 20515-4203; John Fleming, 2182 Rayburn House Office Building, Washington DC 20515-1804; Bill Flores, 1030 Longworth House Office Building, Washington DC 20515-4317; J. Randy Forbes, 2135 Rayburn House Office Building, Washington DC 20515-4604; Jeff Fortenberry, 1514 Longworth House Office Building, Washington DC 20515-2701; Bill Foster, 1224 Longworth House Office Building, Washington DC 20515-1311; Virginia Foxx, 2350 Rayburn House Office Building, Washington DC 20515-3305; Lois Frankel, 1037 Longworth House Office Building, Washington DC 20515-0922; Trent Franks, 2435 Rayburn House Office Building, Washington DC 20515-0308; Rodney P. Frelinghuysen, 2306 Rayburn House Office Building, Washington DC 20515-3011; Marcia L. Fudge, 2344 Rayburn House Office Building, Washington DC 20515-3511; Tulsi Gabbard, 1609 Longworth House Office Building, Washington DC 20515-1102; Ruben Gallego, 1218 Longworth House Office Building, Washington DC 20515-0307; John Garamendi, 2438 Rayburn House Office Building, Washington DC 20515-0503; Scott Garrett, 2232 Rayburn House Office Building, Washington DC 20515-3005; Bob Gibbs, 329 Cannon House Office Building, Washington DC 20515-3507; Christopher P. Gibson, 1708 Longworth House Office Building, Washington DC 20515-3219; Louie Gohmert, 2243 Rayburn House Office Building, Washington DC 20515-4301; Bob Goodlatte, 2309 Rayburn House Office Building, Washington DC 20515-4606; Paul A. Gosar, 504

Cannon House Office Building, Washington DC 20515-0304; Trey Gowdy, 1404 Longworth House Office Building, Washington DC 20515-4004; Gwen Graham, 1213 Longworth House Office Building, Washington DC 20515-0902; Kay Granger, 1026 Longworth House Office Building, Washington DC 20515-4312; Garret Graves, 204 Cannon House Office Building, Washington DC 20515-1806; Sam Graves, 1415 Longworth House Office Building, Washington DC 20515-2506; Tom Graves, 2442 Rayburn House Office Building, Washington DC 20515-1014; Alan Grayson, 303 Cannon House Office Building, Washington DC 20515-0909; Al Green, 2347 Rayburn House Office Building, Washington DC 20515-4309; Gene Green, 2470 Rayburn House Office Building, Washington DC 20515-4329; H. Morgan Griffith, 1108 Longworth House Office Building, Washington DC 20515-4609; Raúl M. Grijalva, 1511 Longworth House Office Building, Washington DC 20515-0303; Glenn Grothman, 501 Cannon House Office Building, Washington DC 20515-4906; Frank C. Guinta, 326 Cannon House Office Building, Washington DC 20515-2901; Brett Guthrie, 2434 Rayburn House Office Building, Washington DC 20515-1702; Luis V. Gutiérrez, 2408 Rayburn House Office Building, Washington DC 20515-1304; Janice Hahn, 404 Cannon House Office Building, Washington DC 20515-0544; Richard L. Hanna, 319 Cannon House Office Building, Washington DC 20515-3222; Cresent Hardy, 430 Cannon House Office Building, Washington DC 20515-2804; Gregg Harper, 307 Cannon House Office Building, Washington DC 20515-2403; Andy Harris, 1533 Longworth House Office Building, Washington DC 20515-2001; Vicky Hartzler, 2235 Rayburn House Office Building, Washington DC 20515-2504; Alcee L. Hastings, 2353 Rayburn House Office Building, Washington DC 20515-0920; Denny Heck, 425 Cannon House Office Building, Washington DC 20515-4710; Joseph J. Heck, 132 Cannon House Office Building, Washington DC 20515-2803; Jeb Hensarling, 2228 Rayburn House Office Building, Washington DC 20515-4305; Jaime Herrera Beutler, 1130 Longworth House Office Building, Washington DC 20515-4703; Jody B. Hice, 1516 Longworth House Office Building, Washington DC 20515-1010; Brian Higgins, 2459 Rayburn House Office Building, Washington DC 20515-3226; J. French Hill, 1229 Longworth House Office Building, Washington DC 20515-0402; James A. Himes, 1227 Longworth House Office Building, Washington DC 20515-0704; Rubén Hinojosa, 2262 Rayburn House Office Building, Washington DC 20515-4315; George Holding, 507 Cannon House Office Building, Washington DC 20515-3313; Michael M. Honda, 1713 Longworth House Office Building, Washington DC 20515-0517; Steny H. Hoyer; 1705 Longworth House Office Building, Washington DC 20515-2005; Richard Hudson, 429 Cannon House Office Building, Washington DC 20515-3308; Tim Huelskamp, 1110 Longworth House Office Building, Washington DC 20515-1601; Jared Huffman, 1630 Longworth House Office Building, Washington DC 20515-0502; Bill Huizenga, 1217 Longworth House Office Building, Washington DC 20515-2202; Randy Hultgren; 2455 Rayburn House Office Building, Washington DC 20515-1314; Duncan Hunter, 2429 Rayburn House Office Building, Washington DC 20515-0550; Will Hurd, 317 Cannon House Office Building, Washington DC 20515-4323; Robert Hurt; 125 Cannon House Office Building, Washington DC 20515-4605; Steve Israel, 2457 Rayburn House Office Building, Washington DC 20515-3203; Darrell E. Issa, 2269 Rayburn House Office Building, Washington DC 20515-0549; Sheila Jackson Lee, 2252 Rayburn House Office Building, Washington DC 20515-4318; Hakeem S. Jeffries, 1607 Longworth House Office

Building, Washington DC 20515-3208; Evan H. Jenkins, 502 Cannon House Office
Building, Washington DC 20515-4803; Lynn Jenkins, 1526 Longworth House Office
Building, Washington DC 20515-1602; Bill Johnson, 1710 Longworth House Office
Building, Washington DC 20515-3506; Eddie Bernice Johnson, 2468 Rayburn House
Office Building, Washington DC 20515-4330; Henry C. Johnson Jr., 2240 Rayburn
House Office Building, Washington DC 20515-1004; Sam Johnson, 2304 Rayburn House
Office Building, Washington DC 20515-4303; David W. Jolly, 1728 Longworth House
Office Building, Washington DC 20515-0913; Walter B. Jones, 2333 Rayburn House
Office Building, Washington DC 20515-3303; Jim Jordan, 1524 Longworth House Office
Building, Washington DC 20515-3504; David P. Joyce, 1124 Longworth House Office
Building, Washington DC 20515-3514; Marcy Kaptur, 2186 Rayburn House Office
Building, Washington DC 20515-3509; John Katko, 1123 Longworth House Office
Building, Washington DC 20515-3224; William R. Keating, 315 Cannon House Office
Building, Washington DC 20515-2109; Mike Kelly, 1519 Longworth House Office
Building, Washington DC 20515-3803; Robin L. Kelly, 1239 Longworth House Office
Building, Washington DC 20515-1302; Trent Kelly, 1427 Longworth House Office
Building, Washington DC 20515-2401; Joseph P. Kennedy III, 306 Cannon House Office
Building, Washington DC 20515-2104; Daniel T. Kildee, 227 Cannon House Office
Building, Washington DC 20515-2205; Derek Kilmer, 1520 Longworth House Office
Building, Washington DC 20515-4706; Ron Kind, 1502 Longworth House Office
Building, Washington DC 20515-4903; Peter T. King, 339 Cannon House Office
Building, Washington DC 20515-3202; Steve King, 2210 Rayburn House Office
Building, Washington DC 20515-1504; Adam Kinzinger, 1221 Longworth House Office
Building, Washington DC 20515-1316; Ann Kirkpatrick, 201 Cannon House Office
Building, Washington DC 20515-0301; John Kline, 2439 Rayburn House Office
Building, Washington DC 20515-2302; Stephen Knight, 1023 Longworth House Office
Building, Washington DC 20515-0525; Ann M. Kuster, 137 Cannon House Office
Building, Washington DC 20515-2902; Raúl R. Labrador, 1523 Longworth House Office
Building, Washington DC 20515-1201; Darin LaHood, 2464 Rayburn House Office
Building, Washington DC 20515-1318; Doug LaMalfa, 322 Cannon House Office
Building, Washington DC 20515-0501; Doug Lamborn, 2402 Rayburn House Office
Building, Washington DC 20515-0605; Leonard Lance, 2352 Rayburn House Office
Building, Washington DC 20515-3007; James R. Langevin, 109 Cannon House Office
Building, Washington DC 20515-3902; Rick Larsen, 2113 Rayburn House Office
Building, Washington DC 20515-4702; John B. Larson, 1501 Longworth House Office
Building, Washington DC 20515-0701; Robert E. Latta, 2448 Rayburn House Office
Building, Washington DC 20515-3505; Brenda L. Lawrence, 1237 Longworth House
Office Building, Washington DC 20515-2214; Barbara Lee, 2267 Rayburn House Office
Building, Washington DC 20515-0513; Sander M. Levin, 1236 Longworth House Office
Building, Washington DC 20515-2209; John Lewis, 343 Cannon House Office Building,
Washington DC 20515-1005; Ted Lieu, 415 Cannon House Office Building, Washington
DC 20515-0533; Daniel Lipinski, 2346 Rayburn House Office Building, Washington DC
20515-1303; Frank A. LoBiondo, 2427 Rayburn House Office Building, Washington DC
20515-3002; David Loebsack, 1527 Longworth House Office Building, Washington DC
20515-1502; Zoe Lofgren, 1401 Longworth House Office Building, Washington DC
20515-0519; Billy Long, 1541 Longworth House Office Building, Washington DC

20515-2507; Barry Loudermilk, 238 Cannon House Office Building, Washington DC 20515-1011; Mia B. Love, 217 Cannon House Office Building, Washington DC 20515-4404; Alan S. Lowenthal, 108 Cannon House Office Building, Washington DC 20515-0547; Nita M. Lowey, 2365 Rayburn House Office Building, Washington DC 20515-3217; Frank D. Lucas, 2405 Rayburn House Office Building, Washington DC 20515-3603; Blaine Luetkemeyer, 2440 Rayburn House Office Building, Washington DC 20515-2503; Ben Ray Luján, 2446 Rayburn House Office Building, Washington DC 20515-3103; Michelle Lujan Grisham, 214 Cannon House Office Building, Washington DC 20515-3101; Cynthia M. Lummis, 2433 Rayburn House Office Building, Washington DC 20515-5000; Stephen F. Lynch, 2369 Rayburn House Office Building, Washington DC 20515-2108; Thomas MacArthur, 506 Cannon House Office Building, Washington DC 20515-3003; Carolyn B. Maloney, 2308 Rayburn House Office Building, Washington DC 20515-3212; Sean Patrick Maloney, 1529 Longworth House Office Building, Washington DC 20515-3218; Kenny Marchant, 2313 Rayburn House Office Building, Washington DC 20515-4324; Tom Marino, 410 Cannon House Office Building, Washington DC 20515-3810; Thomas Massie, 314 Cannon House Office Building, Washington DC 20515-1704; Doris O. Matsui, 2311 Rayburn House Office Building, Washington DC 20515-0506; Kevin McCarthy, 2421 Rayburn House Office Building, Washington DC 20515-0523; Michael T. McCaul, 131 Cannon House Office Building, Washington DC 20515-4310; Tom McClintock, 2331 Rayburn House Office Building, Washington DC 20515-0504, Betty McCollum, 2256 Rayburn House Office Building, Washington DC 20515-2304; Jim McDermott, 1035 Longworth House Office Building, Washington DC 20515-4707; James P. McGovern, 438 Cannon House Office Building, Washington DC 20515-2102, Patrick T. McHenry, 2334 Rayburn House Office Building, Washington DC 20515-3310; David B. McKinley, 412 Cannon House Office Building, Washington DC 20515-4801; Cathy McMorris Rodgers, 203 Cannon House Office Building, Washington DC 20515-4705; Jerry McNerney, 2265 Rayburn House Office Building, Washington DC 20515-0509; Martha McSally, 1029 Longworth House Office Building, Washington DC 20515-0302; Mark Meadows, 1024 Longworth House Office Building, Washington DC 20515-3311; Patrick Meehan, 434 Cannon House Office Building, Washington DC 20515-3807; Gregory W. Meeks, 2234 Rayburn House Office Building, Washington DC 20515-3205; Grace Meng, 1317 Longworth House Office Building, Washington DC 20515-3206; Luke Messer, 508 Cannon House Office Building, Washington DC 20515-1406; John L. Mica, 2187 Rayburn House Office Building, Washington DC 20515-0907; Candice S. Miller, 320 Cannon House Office Building, Washington DC 20515-2210; Jeff Miller, 336 Cannon House Office Building, Washington DC 20515-0901; John R. Moolenaar, 117 Cannon House Office Building, Washington DC 20515-2204; Alexander X. Mooney, 1232 Longworth House Office Building, Washington DC 20515-4802; Gwen Moore, 2245 Rayburn House Office Building, Washington DC 20515-4904; Seth Moulton, 1408 Longworth House Office Building, Washington DC 20515-2106; Markwayne Mullin, 1113 Longworth House Office Building, Washington DC 20515-3602; Mick Mulvaney, 2419 Rayburn House Office Building, Washington DC 20515-4005; Patrick Murphy, 211 Cannon House Office Building, Washington DC 20515-0918; Tim Murphy, 2332 Rayburn House Office Building, Washington DC 20515-3818; Jerrold Nadler, 2109 Rayburn House Office Building, Washington DC 20515-3210, Grace F. Napolitano, 1610 Longworth House

Office Building, Washington DC 20515-0532; Richard E. Neal, 341 Cannon House
Office Building, Washington DC 20515-2101; Randy Neugebauer, 1424 Longworth
House Office Building, Washington DC 20515-4319; Dan Newhouse, 1641 Longworth
House Office Building, Washington DC 20515-4704; Kristi L. Noem, 2422 Rayburn
House Office Building, Washington DC 20515-4100; Richard M. Nolan, 2366 Rayburn
House Office Building, Washington DC 20515-2308; Donald Norcross, 1531 Longworth
House Office Building, Washington DC 20515-3001; Eleanor Holmes Norton, 2136
Rayburn House Office Building, Washington DC 20515-5101; Richard B. Nugent, 1727
Longworth House Office Building, Washington DC 20515-0911; Devin Nunes, 1013
Longworth House Office Building, Washington DC 20515-0522; Beto O'Rourke, 1330
Longworth House Office Building, Washington DC 20515-4316; Pete Olson, 2133
Rayburn House Office Building, Washington DC 20515-4322; Steven M. Palazzo, 331
Cannon House Office Building, Washington DC 20515-2404; Frank Pallone Jr., 237
Cannon House Office Building, Washington DC 20515-3006; Gary J. Palmer, 206
Cannon House Office Building, Washington DC 20515-0106; Bill Pascrell Jr., 2370
Rayburn House Office Building, Washington DC 20515-3009; Erik Paulsen, 127 Cannon
House Office Building, Washington DC 20515-2303; Donald M. Payne Jr., 103 Cannon
House Office Building, Washington DC 20515-3010; Stevan Pearce, 2432 Rayburn
House Office Building, Washington DC 20515-3102; Nancy Pelosi, 233 Cannon House
Office Building, Washington DC 20515-0512; Ed Perlmutter, 1410 Longworth House
Office Building, Washington DC 20515-0607; Scott Perry, 1207 Longworth House Office
Building, Washington DC 20515-3804; Scott H. Peters, 1122 Longworth House Office
Building, Washington DC 20515-0552; Collin C. Peterson, 2204 Rayburn House Office
Building, Washington DC 20515-2307; Pedro R. Pierluisi, 2410 Rayburn House Office
Building, Washington DC 20515-5401; Chellie Pingree, 2162 Rayburn House Office
Building, Washington DC 20515-1901; Robert Pittenger, 224 Cannon House Office
Building, Washington DC 20515-3309; Joseph R. Pitts, 420 Cannon House Office
Building, Washington DC 20515-3816; Stacey E. Plaskett, 509 Cannon House Office
Building, Washington DC 20515-5500; Mark Pocan, 313 Cannon House Office Building,
Washington DC 20515-4902; Ted Poe, 2412 Rayburn House Office Building, Washington
DC 20515-4302; Bruce Poliquin, 426 Cannon House Office Building, Washington DC
20515-1902; Jared Polis, 1433 Longworth House Office Building, Washington DC
20515-0602; Mike Pompeo, 436 Cannon House Office Building, Washington DC 20515-
1604; Bill Posey, 120 Cannon House Office Building, Washington DC 20515-0908,
David E. Price, 2108 Rayburn House Office Building, Washington DC 20515-3304; Tom
Price, 100 Cannon House Office Building, Washington DC 20515-1006; Mike Quigley,
2458 Rayburn House Office Building, Washington DC 20515-1305; Aumua Amata
Coleman Radewagen, 1339 Longworth House Office Building, Washington DC 20515-
5200; Charles B. Rangel, 2354 Rayburn House Office Building, Washington DC 20515-
3213; John Ratcliffe, 325 Cannon House Office Building, Washington DC 20515-4304;
Tom Reed, 2437 Rayburn House Office Building, Washington DC 20515-3223; David G.
Reichert, 1127 Longworth House Office Building, Washington DC 20515-4708; James B.
Renacci, 328 Cannon House Office Building, Washington DC 20515-3516; Reid J.
Ribble, 1513 Longworth House Office Building, Washington DC 20515-4908; Kathleen
M. Rice, 1508 Longworth House Office Building, Washington DC 20515-3204; Tom
Rice, 223 Cannon House Office Building, Washington DC 20515-4007; Cedric L.

Richmond, 240 Cannon House Office Building, Washington DC 20515-1802; E. Scott Rigell, 418 Cannon House Office Building, Washington DC 20515-4602; Martha Roby, 442 Cannon House Office Building, Washington DC 20515-0102; David P. Roe, 407 Cannon House Office Building, Washington DC 20515-4201; Harold Rogers, 2406 Rayburn House Office Building, Washington DC 20515-1705; Mike Rogers, 324 Cannon House Office Building, Washington DC 20515-0103; Dana Rohrabacher, 2300 Rayburn House Office Building, Washington DC 20515-0548; Todd Rokita, 1717 Longworth House Office Building, Washington DC 20515-1404; Thomas J. Rooney, 2160 Rayburn House Office Building, Washington DC 20515-0917; Peter J. Roskam, 2246 Rayburn House Office Building, Washington DC 20515-1306; Ileana Ros-Lehtinen, 2206 Rayburn House Office Building, Washington DC 20515-0927; Dennis A. Ross, 229 Cannon House Office Building, Washington DC 20515-0915; Keith J. Rothfus, 1205 Longworth House Office Building, Washington DC 20515-3812; David Rouzer, 424 Cannon House Office Building, Washington DC 20515-3307; Lucille Roybal-Allard, 2330 Rayburn House Office Building, Washington DC 20515-0540; Edward R. Royce, 2310 Rayburn House Office Building, Washington DC 20515-0539; Raul Ruiz, 1319 Longworth House Office Building, Washington DC 20515-0536; Bobby L. Rush, 2188 Rayburn House Office Building, Washington DC 20515-1301; Steve Russell, 128 Cannon House Office Building, Washington DC 20515-3605; Paul Ryan, 1233 Longworth House Office Building, Washington DC 20515-4901; Tim Ryan, 1421 Longworth House Office Building, Washington DC 20515-3513; Gregorio Kilili Camacho Sablan, 423 Cannon House Office Building, Washington DC 20515-5201; Matt Salmon, 2349 Rayburn House Office Building, Washington DC 20515-0305; Loretta Sanchez, 1211 Longworth House Office Building, Washington DC 20515-0546; Linda T. Sánchez, 2329 Rayburn House Office Building, Washington DC 20515-0538; Mark Sanford, 2201 Rayburn House Office Building, Washington DC 20515-4001; John P. Sarbanes, 2444 Rayburn House Office Building, Washington DC 20515-2003; Steve Scalise, 2338 Rayburn House Office Building, Washington DC 20515-1801; Janice D. Schakowsky, 2367 Rayburn House Office Building, Washington DC 20515-1309; Adam B. Schiff, 2411 Rayburn House Office Building, Washington DC 20515-0528; Kurt Schrader, 2431 Rayburn House Office Building, Washington DC 20515-3705; David Schweikert, 409 Cannon House Office Building, Washington DC 20515-0306; Austin Scott, 2417 Rayburn House Office Building, Washington DC 20515-1008; David Scott, 225 Cannon House Office Building, Washington DC 20515-1013; Robert C. Scott, 1201 Longworth House Office Building, Washington DC 20515-4603; F. James Sensenbrenner, Jr., 2449 Rayburn House Office Building, Washington DC 20515-4905; José E. Serrano, 2227 Rayburn House Office Building, Washington DC 20515-3215; Pete Sessions, 2233 Rayburn House Office Building, Washington DC 20515-4332; Terri A. Sewell, 1133 Longworth House Office Building, Washington DC 20515-0107; Brad Sherman, 2242 Rayburn House Office Building, Washington DC 20515-0530; John Shimkus, 2217 Rayburn House Office Building, Washington DC 20515-1315; Bill Shuster, 2268 Rayburn House Office Building, Washington DC 20515-3809; Michael K. Simpson, 2312 Rayburn House Office Building, Washington DC 20515-1202; Kyrsten Sinema, 1530 Longworth House Office Building, Washington DC 20515-0309; Albio Sires, 2342 Rayburn House Office Building, Washington DC 20515-3008; Louise McIntosh Slaughter, 2469 Rayburn House Office Building, Washington DC 20515-3225; Adam Smith, 2264 Rayburn House Office

Building, Washington DC 20515-4709; Adrian Smith, 2241 Rayburn House Office
Building, Washington DC 20515-2703; Christopher H. Smith, 2373 Rayburn House
Office Building, Washington DC 20515-3004; Jason Smith, 1118 Longworth House
Office Building, Washington DC 20515-2508; Lamar Smith, 2409 Rayburn House Office
Building, Washington DC 20515-4321; Jackie Speier, 2465 Rayburn House Office
Building, Washington DC 20515-0514; Elise M. Stefanik, 512 Cannon House Office
Building, Washington DC 20515-3221; Chris Stewart, 323 Cannon House Office
Building, Washington DC 20515-4402; Steve Stivers, 1022 Longworth House Office
Building, Washington DC 20515-3515; Marlin A. Stutzman, 2418 Rayburn House Office
Building, Washington DC 20515-1403; Eric Swalwell, 129 Cannon House Office
Building, Washington DC 20515-0515; Mark Takai, 422 Cannon House Office Building,
Washington DC 20515-1101; Mark Takano, 1507 Longworth House Office Building,
Washington DC 20515-0541; Bennie G. Thompson, 2466 Rayburn House Office
Building, Washington DC 20515-2402; Glenn Thompson, 124 Cannon House Office
Building, Washington DC 20515-3805; Mike Thompson, 231 Cannon House Office
Building, Washington DC 20515-0505; Mac Thornberry, 2208 Rayburn House Office
Building, Washington DC 20515-4313; Patrick J. Tiberi, 1203 Longworth House Office
Building, Washington DC 20515-3512; Scott R. Tipton, 218 Cannon House Office
Building, Washington DC 20515-0603; Dina Titus, 401 Cannon House Office Building,
Washington DC 20515-2801; Paul Tonko, 2463 Rayburn House Office Building,
Washington DC 20515-3220; Norma J. Torres, 516 Cannon House Office Building,
Washington DC 20515-0535; David A. Trott, 1722 Longworth House Office Building,
Washington DC 20515-2211; Niki Tsongas, 1714 Longworth House Office Building,
Washington DC 20515-2103; Michael R. Turner, 2239 Rayburn House Office Building,
Washington DC 20515-3510; Fred Upton, 2183 Rayburn House Office Building,
Washington DC 20515-2206; David G. Valadao, 1004 Longworth House Office Building,
Washington DC 20515-0521; Chris Van Hollen, 1707 Longworth House Office Building,
Washington DC 20515-2008; Juan Vargas, 1605 Longworth House Office Building,
Washington DC 20515-0551; Marc A. Veasey, 414 Cannon House Office Building,
Washington DC 20515-4333; Filemon Vela, 437 Cannon House Office Building,
Washington DC 20515-4334; Nydia M. Velázquez, 2302 Rayburn House Office Building,
Washington DC 20515-3207; Peter J. Visclosky, 2328 Rayburn House Office Building,
Washington DC 20515-1401; Ann Wagner, 435 Cannon House Office Building,
Washington DC 20515-2502; Tim Walberg, 2436 Rayburn House Office Building,
Washington DC 20515-2207; Greg Walden, 2185 Rayburn House Office Building,
Washington DC 20515-3702; Mark Walker, 312 Cannon House Office Building,
Washington DC 20515-3306; Jackie Walorski, 419 Cannon House Office Building,
Washington DC 20515-1402; Mimi Walters, 236 Cannon House Office Building,
Washington DC 20515-0545; Timothy J. Walz, 1034 Longworth House Office Building,
Washington DC 20515-2301; Debbie Wasserman Schultz, 1114 Longworth House Office
Building, Washington DC 20515-0923; Maxine Waters, 2221 Rayburn House Office
Building, Washington DC 20515-0543; Bonnie Watson Coleman, 126 Cannon House
Office Building, Washington DC 20515-3012; Randy K. Weber Sr., 510 Cannon House
Office Building, Washington DC 20515-4314; Daniel Webster, 1039 Longworth House
Office Building, Washington DC 20515-0910; Peter Welch, 2303 Rayburn House Office
Building, Washington DC 20515-4500; Brad R. Wenstrup, 1318 Longworth House Office

Building, Washington DC 20515-3502; Bruce Westerman, 130 Cannon House Office Building, Washington DC 20515-0404; Lynn A. Westmoreland, 2202 Rayburn House Office Building, Washington DC 20515-1003; Ed Whitfield, 2184 Rayburn House Office Building, Washington DC 20515-1701; Roger Williams, 1323 Longworth House Office Building, Washington DC 20515-4325; Frederica S. Wilson, 208 Cannon House Office Building, Washington DC 20515-0924; Joe Wilson, 2229 Rayburn House Office Building, Washington DC 20515-4002; Robert J. Wittman, 2454 Rayburn House Office Building, Washington DC 20515-4601; Steve Womack, 1119 Longworth House Office Building, Washington DC 20515-0403; Rob Woodall, 1724 Longworth House Office Building, Washington DC 20515-1007; John A. Yarmuth, 403 Cannon House Office Building, Washington DC 20515-1703; Kevin Yoder, 215 Cannon House Office Building, Washington DC 20515-1603; Ted S. Yoho, 511 Cannon House Office Building, Washington DC 20515-0903; David Young, 515 Cannon House Office Building, Washington DC 20515-1503; Don Young, 2314 Rayburn House Office Building, Washington DC 20515-0200; Todd C. Young, 1007 Longworth House Office Building, Washington DC 20515-1409; Lee M. Zeldin, 1517 Longworth House Office Building, Washington DC 20515-3201; Ryan K. Zinke, 113 Cannon House Office Building, Washington DC 20515-2600;

Lamar Alexander, 455 Dirksen Senate Office Building, Washington DC 20510; Kelly Ayotte, 144 Russell Senate Office Building, Washington DC 20510; Tammy Baldwin, 717 Hart, Washington DC 20510; John Barrasso, 307 Dirksen Senate Office Building, Washington DC 20510; Michael F. Bennet, 261 Russell Senate Office Building, Washington DC 20510; Richard Blumenthal, 706 Hart Senate Office Building, Washington DC 20510; Roy Blunt, 260 Russell Senate Office Building, Washington DC 20510; Cory A. Booker, 359 Dirksen Senate Office Building, Washington DC 20510; John Boozman, 141 Hart Senate Office Building, Washington DC 20510; Barbara Boxer, 112 Hart Senate Office Building, Washington DC 20510; Sherrod Brown, 713 Hart Senate Office Building, Washington DC 20510; Richard Burr, 217 Russell Senate Office Building, Washington DC 20510; Maria Cantwell, 511 Hart Senate Office Building, Washington DC 20510; Shelley Moore Capito, 172 Russell Senate Office Building, Washington DC 20510; Benjamin L. Cardin, 509 Hart Senate Office Building, Washington DC 20510; Thomas R. Carper, 513 Hart Senate Office Building, Washington DC 20510; Robert P., Jr. Casey, 393 Russell Senate Office Building, Washington DC 20510; Bill Cassidy, 703 Hart Senate Office Building, Washington DC 20510; Daniel Coats, 493 Russell Senate Office Building, Washington DC 20510;

Thad Cochran, 113 Dirksen Senate Office Building, Washington DC 20510; Susan M. Collins, 413 Dirksen Senate Office Building, Washington DC 20510; Christopher A. Coons, 127A Russell Senate Office Building, Washington DC 20510; Bob  Corker, 425 Dirksen Senate Office Building, Washington DC 20510; John Cornyn,  517 Hart Senate Office Building, Washington DC 20510; Tom Cotton, 124 Russell Senate Office Building, Washington DC 20510; Mike Crapo, 239 Dirksen Senate Office Building, Washington DC 20510; Ted Cruz, 404 Russell Senate Office Building Washington DC 20510; Steve Daines, 320 Hart Senate Office Building, Washington DC 20510; Joe Donnelly, 720 Hart Senate Office Building, Washington DC 20510; Richard J. Durbin, 711 Hart Senate Office Building, Washington DC 20510; Michael B Enzi, 379A Russell Senate Office Building, Washington DC 20510; Joni Ernst, 111 Russell Senate Office

Building, Washington DC 20510; Dianne Feinstein, 331 Hart Senate Office Building, Washington DC 20510; Deb Fischer, 454 Russell Senate Office Building, Washington DC 20510; Jeff Flake, 413 Russell Senate Office Building, Washington DC 20510; Al Franken, 309 Hart Senate Office Building, Washington DC 20510; Cory Gardner, 354 Russell Senate Office Building, Washington DC 20510; Kirsten E. Gillibrand, 478 Russell Senate Office Building, Washington DC 20510; Lindsey Graham, 290 Russell Senate Office Building, Washington DC 20510; Chuck Grassley, 135 Hart Senate Office Building, Washington DC 20510; Orrin G. Hatch, 104 Hart Senate Office Building, Washington DC 20510; Martin Heinrich, 303 Hart Senate Office Building, Washington DC 20510; Heidi Heitkamp, 110 Hart Senate Office Building, Washington DC 20510; Dean Heller, 324 Hart Senate Office Building, Washington DC 20510; Mazie K. Hirono, 330 Hart Senate Office Building, Washington DC 20510; John Hoeven, 338 Russell Senate Office Building, Washington DC 20510; James M. Inhofe, 205 Russell Senate Office Building, Washington DC 20510; Johnny Isakson, 131 Russell Senate Office Building, Washington DC 20510; Ron Johnson, 328 Hart Senate Office Building, Washington DC 20510; Tim Kaine, 231 Russell Senate Office Building, Washington DC 20510; Angus S., Jr. King, 133 Hart Senate Office Building, Washington DC 20510; Mark Kirk, 524 Hart Senate Office Building, Washington DC 20510; Amy Klobuchar, 302 Hart Senate Office Building, Washington DC 20510; James Lankford, 316 Hart Senate Office Building, Washington DC 20510; Patrick J. Leahy, 437 Russell Senate Office Building, Washington DC 20510; Mike Lee, 361A Russell Senate Office Building, Washington DC 20510; Joe Manchin III, 306 Hart Senate Office Building, Washington DC 20510; Edward J. Markey, 255 Dirksen Senate Office Building, Washington DC 20510; John McCain, 218 Russell Senate Office Building, Washington DC 20510; Claire McCaskill, 730 Hart Senate Office Building, Washington DC 20510; Mitch McConnell, 317 Russell Senate Office Building, Washington DC 20510; Robert Menendez, 528 Hart Senate Office Building, Washington DC 20510; Jeff Merkley, 313 Hart Senate Office Building, Washington DC 20510; Barbara A. Mikulski, 503 Hart Senate Office Building, Washington DC 20510; Jerry Moran, 521 Dirksen Senate Office Building, Washington DC 20510; Lisa Murkowski, 709 Hart Senate Office Building, Washington DC 20510; Christopher Murphy, 136 Hart Senate Office Building, Washington DC 20510; Patty Murray, 154 Russell Senate Office Building, Washington DC 20510; Bill Nelson, 716 Hart Senate Office Building, Washington DC 20510; Rand Paul, 167 Russell Senate Office Building, Washington DC 20510; David Perdue, 383 Russell Senate Office Building, Washington DC 20510; Gary Peters, 724 Hart Senate Office Building, Washington DC 20510; Rob Portman, 448 Russell Senate Office Building, Washington DC 20510; Jack Reed, 728 Hart Senate Office Building, Washington DC 20510; Harry Reid, 522 Hart Senate Office Building, Washington DC 20510; James E. Risch, 483 Russell Senate Office Building, Washington DC 20510; Pat Roberts, 109 Hart Senate Office Building, Washington DC 20510; Mike Rounds, 502 Hart Senate Office Building, Washington DC 20510; Marco Rubio, 284 Russell Senate Office Building, Washington DC 20510; Bernard Sanders, 332 Dirksen Senate Office Building, Washington DC 20510; Ben Sasse, 386A Russell Senate Office Building, Washington DC 20510; Brian Schatz, 722 Hart Senate Office Building, Washington DC 20510; Charles E. Schumer, 322 Hart Senate Office Building, Washington DC 20510; Tim Scott, 520 Hart Senate Office Building, Washington DC 20510; Jeff Sessions, 326 Russell Senate Office

Building, Washington DC 20510; Jeanne Shaheen, 506 Hart Senate Office Building, Washington DC 20510; Richard C. Shelby, 304 Russell Senate Office Building, Washington DC 20510; Debbie Stabenow, 731 Hart Senate Office Building, Washington DC 20510; Daniel Sullivan, 702 Hart Senate Office Building, Washington DC 20510; Jon Tester, 311 Hart Senate Office Building, Washington DC 20510; John Thune, 511 Dirksen Senate Office Building, Washington DC 20510; Thom Tillis, 185 Dirksen Senate Office Building, Washington DC 20510; Patrick J. Toomey, 248 Russell Senate Office Building, Washington DC 20510; Tom Udall, 531 Hart Senate Office Building, Washington DC 20510; David Vitter, 516 Hart Senate Office Building, Washington DC 20510; Mark R. Warner, 475 Russell Senate Office Building, Washington DC 20510; Elizabeth Warren, 317 Hart Senate Office Building, Washington DC 20510; Sheldon Whitehouse, 530 Hart Senate Office Building, Washington DC 20510; Roger F. Wicker, 555 Dirksen Senate Office Building, Washington DC 20510; Ron Wyden, 221 Dirksen Senate Office Building, Washington DC 20510; Robert J. Bentley, State Capitol Building, Montgomery, AL 36103; Bill Walker, PO Box 110001, Juneau, AK 99811-0001; Doug Ducey, 1700 W. Washington, Phoenix, AZ 85007; Asa Hutchinson, State Capitol Building, Little Rock, AR 72201; Jerry Brown, State Capitol Building, Sacramento, CA 95814; Alex Padilla, 1500 11th Street, Sacramento, Ca. 95814; Dannel Malloy, State Capitol, 210 Capitol Ave., Hartford, CT 06106; Jack Markell, 820 N. French St., Wilmington, DE 19801; Rick Scott, The Capitol, Tallahassee, FL 32399-0001; Nathan Deal, State Capitol, Room 111, Atlanta, GA 30334; David Ige, Executive Chambers, Hawaii State Capitol, Honolulu, HI 96813; Butch Otter, 700 W. Jefferson, 2nd Floor, PO Box 83720, Boise, ID 83720-0034; Bruce Rauner, 207 State House, Springfield, IL 62706; Mike Pence, State Capitol Building, Indianapolis, IN 46204; Terry Branstad, State Capitol, Des Moines, IA 50319; Sam Brownback, State Capitol, Second Floor, Topeka, KS 6612; Steve Beshear, 700 Capitol Ave., Frankfurt, KY 40601; Bobby Jindal, PO Box 94004, Baton Rouge, LA 70804; Paul LePage,
State House Station #1, Augusta, ME 04330; Larry Hogan, State Capitol Building, Anapolis, MD 21401; Charlie Baker, Office of the Governor, Room 360, Boston, MA 02133; Rick Snyder, PO Box 30013, Lansing, MI 48909; Mark Dayton, 130 State Capitol, 75 Constitution Ave., St. Paul, MN 55155; Phil Bryant,
PO Box 139, Jackson, MS 39205; Jay Nixon, Missouri Capitol Bldg, Rm 216, PO Box 720, Jefferson City, MO 65102-0720; Steve Bullock, State Capitol Building, Helena, MT 59620; Pete Ricketts, PO Box 94848, Lincoln, NE 68509-4848; Brian Sandoval, State Capitol Building, 101 N. Carson Street, Carson City, NV 89701; Maggie Hassan, State House, Concord, NH 03301-4990; Chris Christie, PO Box 004, Trenton, NJ 08625; Susana Martinez, State Capitol Builiding, Santa Fe, NM 87503; Andrew Cuomo, State Capitol Building, Albany, NY 12224; Pat McCrory, 116 West Jones St., Raleigh, NC 27603; Jack Dalrymple, 600 E. Boulevard Avenue, Bismark, ND 58505-0001; John Kasich, 77 South High St, 30th Floor, Columbus, OH 43215; Mary Fallin, Room 212, State Capitol Building, Oklahoma City, OK 73105; Kate Brown, State Capitol Building, Salem, OR 97310; Tom Wolf, 225 Main Capitol, Harrisburg, PA 17120;
Gina Raimondo, 222 State House, Providence, RI 02903-1196; Nikki Haley, PO Box 11829, Columbia, SC 29211; Dennis Daugaard, 500 East Capitol, Pierre, SD 57501-5070; Bill Haslam, State Capitol Building, Nashville, TN 37243-0001; Greg Abbott, PO Box 12428, Austin, TX 78711-2428; Rick Perry (ex-governor), PO Box 12428, Austin,

TX 78711-2428; Gary Herbert, 210 State Capitol, Salt Lake City, UT 84114; Peter Shumlin, 109 State St., Montpelier, VT 05609; Robert D Ide, 120 State Street, Montpelier, VT 05603-0001; Terry McAuliffe, State Capitol Building, 3rd Floor, Richmond, VA 23219; Jay Inslee, PO Box 40002, Olympia, WA 98504-0002; Earl Ray Tomblin, State Capitol Complex, Charleston, WV 25305; Scott Walker, PO Box 7863, Madison, WI 53707; Matt Mead, Wyoming State Capitol, 200 West 24th Street, Cheyenne, WY 82002; John G. Roberts, Jr., 1 First Street, NE Washington, DC 20543; Antonin Scalia, 1 First Street, NE Washington, DC 20543; Anthony M. Kennedy, 1 First Street, NE Washington, DC 20543; Clarence Thomas, 1 First Street, NE Washington, DC 20543; Ruth Bader Ginsburg, 1 First Street, NE Washington, DC 20543; Stephen G. Breyer, 1 First Street, NE Washington, DC 20543; Samuel Anthony Alito, 1 First Street, NE Washington, DC 20543; Sonia Sotomayor, 1 First Street, NE Washington, DC 20543; Elena Kagan, 1 First Street, NE Washington, DC 20543; Sandra Day O'Connor, 1 First Street, NE Washington, DC 20543; David H. Souter, 1 First Street, NE Washington, DC 20543; John Paul Stevens, 1 First Street, NE Washington, DC 20543; Gen. Joseph F. Dunford, Jr., 9999 Joint Staff Pentagon, Washington, D.C. 20318-9999; General Martin Edward Dempsey, 9999 Joint Staff Pentagon, Washington, DC 20318-9999; Admiral James Alexander Winnefeld, Jr., 9999 Joint Staff Pentagon, Washington, DC 20318-9999; General Joseph Francis Dunford, Jr., 3000 Marine Corps, Pentagon Washington, DC 20350; General Frank J. Grass, 1636 Defense Pentagon Suite 1E169, Washington, DC 20301-0001; Admiral Jonathan William Greenert, 2000 Navy Pentagon, Washington, DC 20350-2000; General Raymond Thomas Odierno, 200 Army Pentagon, Washington, DC 20310-0200; General Mark Anthony Welsh III, 1670 Air Force Pentagon, Washington, DC 20330-1670; Downing A. Bolls, Jr., 300 Oak St., Suite 200, Abilene, TX 79602; Randall D. Williams, 300 Oak St., Suite 201, Abilene, TX 79602; Kyle Kendrick, 300 Oak St., Suite 202, Abilene, TX 79602; Stan Egger, 300 Oak St., Suite 203, Abilene, TX 79602; Chuck Statler, 300 Oak St., Suite 204, Abilene, TX 79602; John Weeks, 300 Oak St., Suite 401, Abilene, TX 79602; James Boye, 3849 Antilley Rd., Abilene TX 79606; Karen Turner, 3849 Antilley Rd., Abilene TX 79606; J. Nolan Kelley, 3849 Antilley Rd., Abilene TX 79606; Richard Garner, 3849 Antilley Rd., Abilene TX 79606; Emily Meador, 3849 Antilley Rd., Abilene TX 79606; Royce Curtis, 3849 Antilley Rd., Abilene TX 79606; Keith Dowell, 3849 Antilley Rd., Abilene TX 79606; Robyn Hamilton, 3849 Antilley Rd., Abilene TX 79606; Joe Humphrey, 3849 Antilley Rd., Abilene TX 79606; Linda Peel, 3849 Antilley Rd., Abilene TX 79606; ...,

**Respondents**


The Petitioner (Grantor/Settlor) Michael Allen Wells, (Grantor/Settlor Terry Eugene Soileau) have repeatedly over a time period spanning from 2010 to the present have contacted the Respondents (Trustees) via registered, certified mail with instructions/orders for the Respondents (Trustees) to fulfill their fiduciary duties under the Trust. The Respondents (Trustees) have BY THEIR OATH TO SERVE THE BENEFICIARIES (PEOPLE) and have failed in their fiduciary duties towards the Beneficiaries by not performing in their capacity as Trustees thereby have grossly

breached the Trust. The Trustees have denied the Beneficiaries their beneficial rights, their un-a-lienable Rights that among these are Life, Liberty and the pursuit of Happiness under the Trust, The Declaration of Independence of 1776 who the trustees by their own acts have agreed by entering their respected offices of Trustee to protect the Beneficiary's beneficial rights.

The court is to take judicial notice of obvious facts:

The Primary Trustee *"Most Holy Francis issued an Apostolic Letter on July 11 and effective September 1, 2013 that effectively stripped away the immunity of all judges, attorneys, government officials and all entities established under the Roman Curia [hint: All corporations are established under the Roman Curia]. All of these "persons" can now be held accountable for war crimes, crimes against humanity, [hint: Divine Spirit is humanity], for the unlawful restrictions of the liberties of the divine spirit incarnate; for failure to settle the accounts;* [editor's note: keeping the Beneficiaries in Bondage to the Trustee's Agents.) *for continued prosecution of claims already settled,* [editor's note: by the Messiah.] *etc"*
From: http://removingtheshackles.blogspot.com/2013/07/popes-decree-about-to-cause-mass.html and
http://www.vatican.va/holy_father/francesco/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari_en.html

(63C Am.Jur.2d, Public Officers and Employees, §247
"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer. [1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people (**Grantors/Settlors/Beneficiaries**), and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts. [2] That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves [3] and owes a fiduciary duty to the public [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. [5] Furthermore, it has been stated that any enterprise undertaken by the public official which tends to weaken public confidence and undermine the sense of security for individual rights is against public policy.
[6] The Doctrine Of Uberrimae Fidei Holds The Four Rules Of The Fiduciary Obligations: For All Fiduciary Trustees: Et Al:
a)      Must Not Profit From Their Positions:
b)      Must Provide Transparency Of All Activity's:
c)      May Not Compromise The Beneficiary's Interests:
d)      May Not Delegate Solute Authority Over Their Beneficiary's Interest Or Benefits." – U.S. Supreme Court in Luther v. Borden , 48 U.S. 1, 12LEd 581:
"... The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take

away what they have delegated and in trust to whom they please. ... The sovereignty in every state resides in the people "as defined above" of the state and they may alter and change their form of government at their own pleasure. They had the whole title, and as absolute proprietors, had the right of using or abusing,-- jus utendi et abutendi

Shushan v. United States, 117 F.2d 110 (CA5):
"No trustee has more sacred duties than a public official and any scheme to obtain an advantage by corrupting such and one must in the federal law be considered a scheme to defraud." 117 F.2d, at 115.
The Oklahoma Supreme Court in Corr v. Smith, 178 P.3d 859 (Okl. 2008)
A trustee is a fiduciary of the highest order in whom the hope and confidence of the settlor are placed with the expectation that the trustee will exercise the obligations of the office for the exclusive benefit of those holding beneficial interests. Without exception, a trustee owes its beneficiaries the most abundant good faith, absolute and perfect candor, openness and honesty.
McNally v. U.S., 483 U.S. 350, 371-372 (1987), Quoting U.S. v Holzer, 816 F.2d. 304, 307: ""Fraud in its elementary common law sense of deceit - and this is one of the meanings that fraud bears in the statute, see United States v. Dial, 757 F.2d 163, 168 (7th Cir. 1985) - includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them he is guilty of fraud. When a judge is busily soliciting loans from counsel to one party, and not telling the opposing counsel (let alone the public), he is concealing material information in violation of his fiduciary obligations."),


Breach of Trust by Respondents, Trustees, and Trustee Agents; have committed the following acts against the Beneficiaries and thereby denying them their beneficial rights under the Trust, The Declaration of Independence of 1776.


18 U.S. Code § 1033 - Crimes by or affecting persons engaged in the business of insurance whose activities affect interstate commerce
18 U.S. Code § 1341 - Frauds and swindles
18 U.S. Code § 1581 - Peonage; obstructing enforcement
18 U.S. Code § 1582 - Vessels for slave trade
18 U.S. Code § 1583 - Enticement into slavery
18 U.S. Code § 1584 - Sale into involuntary servitude
18 U.S. Code § 1585 - Seizure, detention, transportation or sale of slaves
18 U.S. Code § 1586 - Service on vessels in slave trade
18 U.S. Code § 1587 - Possession of slaves aboard vessel
18 U.S. Code § 1588 - Transportation of slaves from United States
18 U.S. Code § 1589 - Forced labor
18 U.S. Code § 1590 - Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor
18 U.S. Code § 1591 - Sex trafficking of children or by force, fraud, or coercion

16

18 U.S. Code § 1592 - Unlawful conduct with respect to documents in furtherance of trafficking, peonage, slavery, involuntary servitude, or forced labor
18 U.S. Code § 1593 - Mandatory restitution
18 U.S. Code § 1593A - Benefiting financially from peonage, slavery, and trafficking in persons
18 U.S. Code § 1594 - General provisions
18 U.S. Code § 1596 - Additional jurisdiction in certain trafficking offenses
18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant
18 U.S. Code § 2381 - Treason
18 U.S. Code § 2382 - Misprision of treason
18 U.S. Code § 2383 - Rebellion or insurrection
18 U.S. Code § 2384 - Seditious conspiracy
18 U.S. Code § 2386 - Registration of certain organizations
18 U.S. Code § 2387 - Activities affecting armed forces generally
18 U.S. Code § 2388 - Activities affecting armed forces during war
18 U.S. Code § 2389 - Recruiting for service against United States
18 U.S. Code § 2390 - Enlistment to serve against United States
29 U.S. Code § 1105 - Liability for breach of co-fiduciary

Still, the Trustee's and Trustee Agents refused to fulfill their fiduciary duties under the Trust towards the Beneficiaries. The Primary Trustee, on September 24, 2015, addressed a Joint session of The United States Congress, The Senate, Supreme Court Justices, Joint Chiefs of Staff and all Governors of the United States; and, ..., whom are Trustees. (See entire speech at; https://www.youtube.com/watch?v=te0_bWQNFn4 ).

The Primary Trustee admonished the Trustee's and Trustee Agents for not serving the Beneficiaries. The Trustee's and Trustee Agents, by NOT fulfilling their fiduciary duties under the Declaration of Independence Trust, are no longer protected under the Public Corporate Charter and are personally liable for their in-actions. Therefore, the law form to judge these living men and women of flesh and blood with hands and feet will be the "Laws of Nature and Nature's God". This is sited in the 'The Declaration of Independence of 1776 Trust', which is in the record of evidence in Federal Court Case Number 1:15cv27-P in United States District Court, Northern District of Texas, Abilene division.

The Grantors/Settlors have and will continue being Ambassador's of the Messiah.

**The Great Seal of the**

**Family wells**

**Grantor/Settlor/Beneficiary**

By Grantor/Settlor/Beneficiary *Michael-Allen; Wells*
michael-allen; wells
WCL Pure Banking Trust
1071 N. Judge Ely Blvd.
PMB6404 Abilene TX 79601

## STATEMENT OF RELIEF

The Petitioner (Grantor/Settlor) Michael Allen Wells, (Grantor/Settlor Terry Eugene Soileau) will accept the follow Decretory Judgment;

1. Repentance and full compliance by the Trustee's and Trustee Agents action is now required of all Trustee's to fulfill their office at this time; and,

2. A Decretory Judgment will be given by the court to every Trustee, including any future Trustee upon them taking said office; and,

3. Every Trustee will knowledge to the court in the public record by their signor (in red ink) and right thumb (in red ink representing the flesh and blood breathing man or women with arms an legs); and,

4. Every Trustee will contact the Grantors/Settlors and sign a copy of this order and send to the Grantors/Settlors for our records; and,

5. Every Trustee will comply with any past, present or future instruction/orders; and,

6. If the Trustees do NOT comply with 1., 2., 3., 4., 5., above the court will arrest that Trustee and confine that trustee in a FEMA camp for the rest of his or her life. Upon the death of that Trustee the Judgment of eternal death in the lake of fire that is the spoke word (Judgment) of the Messiah.

Rev_19:20 And the beast was taken, and with him the false prophet that wrought miracles before him, with which he deceived them that had received the mark of the beast, and them that worshipped his image. These both were cast alive into a lake of fire burning with brimstone.
Rev_20:10 And the devil that deceived them was cast into the lake of fire and brimstone, where the beast and the false prophet *are*, and shall be tormented day and night for ever and ever.
Rev_20:14 And death and hell were cast into the lake of fire. This is the second death.

Rev_20:15 And whosoever was not found written in the book of life was cast into the lake of fire.

So ordered, _____

# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned put the following documents into and envelope and sealed said envelope to be mailed:

> Karen Mitchell, Clerk of Court and U.S. Courthouse
> NORTHERN DISTRICT OF TEXAS Abilene Division,
> 1100 Commerce St., Room 1452
> Dallas, TX 75242.

**Serviced by: United States Postal Service**

I Bob Fiske am not a party to this action and hereby confirm on October 13, 2015 that I personal put eighteen (18) pages into and envelope and sealed with my own hand. The envelope was address to;

> Karen Mitchell, Clerk of Court and U.S. Courthouse
> NORTHERN DISTRICT OF TEXAS Abilene Division,
> 1100 Commerce St., Room 1452
> Dallas, TX 75242.

**Bob Fiske**

**LEGAL NOTICE** The Certifying Witness is an independent contractor and not a party to this claim.  In fact the Certifying Witness is a Federal Witness Pursuant to TILE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Witness also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Witness under Color of Law is a violation of Title 18, U.S. Code, Section 242. titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.



This envelope is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PR ★

CERTIFIED MAIL

7015 1520 0000 6986 8044

RETURN RECEIPT
REQUESTED

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

• Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013

VISIT US AT USPS.COM®

RETURN RECEIPT
REQUESTED

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE PAID
ABILENE TX
OCT
AMOUNT
$12.00
R2304M110826405

FROM:
WCL Pope Banking Trust
1074 N. Judge Ely Blvd
PMB 6404
Abilene TX 79601

TO:
Karen Mitchell
1100 Commerce St., Rm 1452
Dallas, TX 75242

CLERK, U.S. DISTRICT
NORTHERN DISTRICT
OCT 15
RECEI