IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICHAEL ALLEN WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRUSTEES, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 1:15-CV-205-C-BL |

**ORDER**

In the Report and Recommendation filed July 25, 2016, the Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and for failing to meet his pleading burden under Rule 8(a)(1). On August 1 and 4, 2016, Plaintiff filed what the Court has interpreted as his objections to the Report and Recommendation.[1]

After reviewing the Report and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court.

Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 11th day of August, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff failed to title his objections as such, the Court will construe the filing as his objections to the Report and Recommendation. As with all of Plaintiff's filings, the document filed August 4 contains nonsensical gibberish and fanciful, frivolous contentions.